FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 13-64M |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Aaron Chavira | ) Allegations of Violations of Probation or |
| Defendant. | ) Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  (X)  the appearance of the defendant as required; and/or

    B.  (X)  the safety of any person or the community.

1  The Court concludes that :
2  A.  (X)  Defendant failed to present clear and convincing evidence to
3        establish that Defendant is not a risk of flight because:
4        Alleged Failures to Appear
5        _____
6        _____
7        _____
8
9  B.  (X)  Defendant failed to present clear and convincing evidence to
10       establish that Defendant does not pose a risk to the safety of other
11       persons or the community because:
12       _____
13       Due Viol Conviction
14       _____
15       _____
16
17       IT IS ORDERED that defendant be detained.
18
19  DATE: Jan 14, 2013
20
21                                    /s/ _____
                                      HON. MICHAEL R. WILNER
22                                    UNITED STATES MAGISTRATE JUDGE